_____ FILED          _____ ENTERED
_____ LODGED         _____ RECEIVED

DEC 08 2015    RE

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY_____ DEPUTY

Magistrate Judge Mary Alice Theiler

# UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF WASHINGTON
## SEATTLE DIVISION

IN THE MATTER OF
THE EXTRADITION OF
JASON STEADMAN.

)
)
)
)
)
)
)
)

Misc. No

MI-15-562

## COMPLAINT FOR PROVISIONAL ARREST
### WITH A VIEW TOWARDS EXTRADITION
(18 U.S.C. § 3184)

I, the undersigned Assistant United States Attorney, being duly sworn, state on information and belief that the following is true and correct:

1.     There is an Extradition Treaty, as amended by Protocols, in force between the United States and Canada (the "Treaty").  Treaty on Extradition Between the United States of America and Canada, U.S.-Can., Dec. 3, 1971, 27 U.S.T. 983, T.I.A.S. 8237; Protocol Amending the Extradition Treaty with Canada, U.S.-Can., Jan. 11, 1988, S. TREATY DOC. NO. 101-17 (1990); Second Protocol Amending Extradition Treaty with Canada, U.S.-Can., Jan. 12, 2001, S. TREATY DOC. NO. 107-11 (2002).

COMPLAINT FOR PROVISIONAL ARREST WARRANT- 1
STEADMAN USAO 2015V01354

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

2.      The Treaty provides in Article 11 for the provisional arrest and detention of alleged fugitives pending the submission of a formal request and supporting documents.

3.      In accordance with Article 11 of the Treaty, the Government of Canada has asked the United States for the provisional arrest of JASON STEADMAN, with a view toward extradition.

4.      According to information provided by Canada in the form authorized by the Treaty, STEADMAN, an American citizen, is wanted in Canada to stand trial on the following charges: (1) first degree murder, in violation of section 235(1) of the Criminal Code of Canada (CCC); and (2) arson, damaging the property of others, in violation of section 434 of the CCC, all committed within the Province of Alberta in Canada on or about May 31, 2015.  STEADMAN has been charged in an Information in the District of Edmonton in the Province of Alberta, and a warrant for his arrest was issued on October 7, 2015, by Justice of the Peace Magistrate Stewart N. Douglas, in the Judicial District of Edmonton, and is still in force.

5.      The warrant was issued on the basis of the following facts:

6.      Dwayne Demkiw was employed as a truck driver, traveling between Edmonton and Calgary during the week.  He also worked part-time as a limousine driver for Revolution Entertainment, located at 14918-128 Avenue in Edmonton.

7.      During the evening of May 30, 2015, Demkiw attended a birthday party for a friend at The Oil Lamp restaurant in downtown Edmonton.  He left the party at approximately 9:00 p.m. to begin his part-time limousine job for the evening. This job

COMPLAINT FOR PROVISIONAL ARREST WARRANT- 2
STEADMAN USAO 2015V01354

1    was to last from approximately 9:30 p.m. on May 30, until 3:00 a.m. on May 31.

2    Demkiw made arrangements with friends at the party to contact the friends when he was

3

4    done with his limousine job, as they expected to still be socializing and he planned to

5    rejoin them.

6        8.        Driver logs and interior surveillance video from Revolution Entertainment

7

8    show that Demkiw returned to Revolution Entertainment shortly after 3:00 a.m. on May

9    31. Demkiw left the shop alone, via the rear door, at approximately 4:00 a.m. on May 31,

10   2015. At 4:30 a.m., another Revolution Entertainment employee arrived at Revolution

11

12   Entertainment to unload his DJ equipment. The employee noticed that Demkiw's car was

13   not parked at the location, the business was secure, and all was in order.

14       9.        At 10:50 a.m. on May 31, the Calgary Fire Department responded to a

15

16   parking lot in Southeast Calgary for a report of a car fire. At that location, they found a

17   1992 Black Acura with the engine running, no license plate attached, and a fire burning

18   in the trunk area. Prior to the arrival of the Fire Department, a witness observed the

19

20   burning car and a male leaving the parking lot, while looking back at the burning car.

21   The witness observed that the male had a license plate in his hand at the time. The

22   witness took a video of the male. The video captured the male, who was wearing khaki

23

24   cargo shorts, a white t-shirt and sandals, as he was leaving the parking lot. The police

25   have determined that this male was not Demkiw. The fire was extinguished, and

26   members of the Calgary Police Service (CPS) later determined that the burned vehicle

27

28

COMPLAINT FOR PROVISIONAL ARREST WARRANT- 3
STEADMAN USAO 2015V01354

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  was owned by Dwayne Demkiw.  A still photo from the video taken of the male leaving

2  the parking lot is included in the provisional arrest request from Canada.

3

4          10.      A video canvass of the area of the burning car was conducted by the CPS

5  and this canvass revealed that one block from the parking lot, at the C-Train station (the

6  C-Train is Calgary's commuter rail system), a male wearing khaki cargo shorts, a white t-

7

8  shirt, and sandals entered the station approximately five minutes after Demkiw's car was

9  discovered on fire.  Prior to this male entering the train station, he was captured on video

10  discarding an object similar in size to a license plate in a garbage container at the

11  entrance.  A still video photo of the male outside the station and entering the station is

12

13  included in the request from Canada.

14          11.      After discovering the burning car, attempts by the police to contact

15

16  Demkiw through his car registration information were unsuccessful.  Demkiw's

17  roommate, Brian Ballendine, and Demkiw's former common-law wife, Angel Chalifoux,

18

19  were contacted by the police and informed about Demkiw's burning car.  Ballendine and

20  Chalifoux informed the police that Demkiw was not at home as he was expected to be.

21  Further, the investigation revealed that Demkiw did not contact the friends from the

22

23  previous evening's birthday party to meet up with them after he finished work, as

24  planned.  Nor had he posted photos or posts from the previous evening on social media,

25  which was very unusual according to Demkiw's friends.

26          12.      During the afternoon on May 31, 2015, another friend of Demkiw's went to

27

28  Revolution Entertainment and discovered a machete sheath (without a corresponding

COMPLAINT FOR PROVISIONAL ARREST WARRANT- 4
STEADMAN USAO 2015V01354

knife) and a "North Face" cap, lying together in a raised planter at the rear of the building, next to the rear door where Demkiw would have exited Revolution Entertainment and in the vicinity of where his car would have been parked while at work. The friend turned the cap and sheath over to the police that same day. DNA analyses were later performed on the cap. As described below, the analyses established that STEADMAN is the contributor of the DNA on the cap.

13.    Ballendine then went to the trucking company where Demkiw was, by this time, supposed to be at work, and learned that Demkiw had not shown up for his shift. This was very out of character, according to Demkiw's employer.

14.    Chalifoux conducted a "Find My iPhone" check for Demkiw's phone and determined that its last known location was at 184 St/Henday at 5:30 a.m. on May 31, 2015. During a subsequent police search of that location on June 7, 2015, which is the Anthony Henday Freeway, the police discovered the phone on a bridge over a ravine. While the phone appeared to have been intentionally damaged, the police were able to determine from the SIM card that it was Demkiw's phone. The Anthony Henday Freeway is the most direct vehicle route between Revolution Entertainment and the main highway between Edmonton (the location of Revolution Entertainment) and Calgary (the scene of the car fire). Calgary is approximately 174 miles south of Edmonton.

15.    Chalifoux was later shown a still video photo of the male from the C-Train station and she stated that it appeared to be a photo of her recent ex-boyfriend, whom she knew as Robert Aubrey-Maxwell. Canadian authorities attached a copy of this still video

COMPLAINT FOR PROVISIONAL ARREST WARRANT- 5
STEADMAN USAO 2015V01354

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

photo to the request.  Chalifoux informed the police that Aubrey-Maxwell did not like the fact that she had remained friends over the years with her ex-common-law husband, Demkiw.  According to Chalifoux, Aubrey-Maxwell blamed Demkiw for the fact that Chalifoux and Aubrey-Maxwell's relationship did not evolve.  According to Chalifoux, Aubrey-Maxwell knew that Demkiw owned the Acura and knew that Demkiw worked at Revolution Entertainment, as Aubrey-Maxwell had accompanied Chalifoux to Revolution Entertainment to pick up Demkiw on one occasion.

16.     A forensic examination of Demkiw's burned vehicle revealed that there were significant blood stains in the driver's seat and on the driver's door, as well as throughout the backseat area.  DNA testing later confirmed that all of this blood belonged to Dwayne Demkiw.  Since May 31, 2015, Demkiw has not been seen or heard from; he has not shown up for either of his jobs; he has not made any posts on social media—despite the fact that he had a habit of being active on social media; he has not returned home; he has not contacted any of his friends; he has not contacted any family members; and he has not accessed any of his bank accounts or used any of his credit/debit cards.

17.     Numerous attempts to locate and interview Chalifoux's ex-boyfriend Aubrey-Maxwell  were unsuccessful.  Information regarding Aubrey-Maxwell and his vehicle, a white 2014 GMC Sierra truck, was placed in a police database and, on June 14, 2015, the truck was located abandoned in Vancouver.  During a forensic examination of the truck, a chewed piece of gum was located in the box of the truck.  DNA analyses

COMPLAINT FOR PROVISIONAL ARREST WARRANT- 6
STEADMAN USAO 2015V01354

1  were performed on the gum.  As described later, the analyses established that

2  STEADMAN is the contributor of the DNA in the gum.

3

4      18.    When Canadian police investigated Aubrey-Maxwell, they located records

5  indicating that he had been born on February 20, 1989 and raised in Ontario.  He was

6  incarcerated in Ontario and ultimately had his DNA taken and put into the "Known

7  Offender Data Bank."  Aubrey-Maxwell travelled from Ontario in the summer of 2012,

8  surfacing in Vancouver on June 12, 2012.  He last spoke to his grandmother, Judy

9

10  Bateman, by phone call on September 6, 2012, at which time he advised Bateman that he

11  was still in Vancouver.  This call is the last known contact any family or police agencies

12

13  are known to have had with Aubrey-Maxwell from Ontario.

14      19.    The investigation into the true Aubrey-Maxwell's background further

15  revealed that on September 12, 2012, a male with two pieces of non-photo identification

16

17  in the name of Robert Aubrey Maxwell went to an ICBC (a Canadian government agency

18  that issues driver's licenses, I.D. cards, and motor vehicle insurance) office in Vancouver

19

20  and obtained a photo identification in the name of Robert Aubrey-Maxwell, with a date

21  of birth of February 20, 1989, in Vancouver.  As described below, the police

22  investigation has revealed that the male who obtained this new photo identification, is not

23

24  the Robert Aubrey-Maxwell from Ontario, but, rather, is STEADMAN.

25      20.    Thereafter, STEADMAN, now using the name Robert Aubrey-Maxwell,

26  travelled to Alberta and on November 24, 2012 obtained an Alberta driver's license and a

27

28  Canadian Passport.  This is the man that Chalifoux knows as Robert Aubrey-Maxwell.

COMPLAINT FOR PROVISIONAL ARREST WARRANT- 7
STEADMAN USAO 2015V01354

1   (The investigation later revealed that STEADMAN, while purporting to be Robert

2   Aubrey-Maxwell, showed Chalifoux the Alberta driver's license and he had Chalifoux

3

4   keep his passport for him).

5         21.     The photo from the Alberta driver's license in the name of Robert Aubrey-

6   Maxwell was sent to the Washington State Motor Vehicles Division and was run through

7

8   its "Facial Comparison" computer program.  That process selected a series of photos of a

9   male identified in its system as Jason STEADMAN, with a date of birth in August , 1974.

10  A copy of the series of photos selected is attached to the Canadian request for provisional

11

12  arrest.  The police investigation revealed that STEADMAN had legally changed his name

13  in Washington State from Stephen/Rory PRESTON, with the same date of birth in

14  August, 1974, to Jason STEADMAN.  Both names—Jason STEADMAN and

15

16  Stephen/Rory PRESTON—carry the same U.S. Social Security Number, specifically:

17  XXX-XX-2057.

18        22.     A DNA analysis of the "North Face" cap, which was seized along with the

19

20  empty machete sheath from the rear of Revolution Entertainment in Edmonton, and the

21  chewed gum, which was seized from the box of the truck registered to Robert Aubrey-

22  Maxwell that was located abandoned in Vancouver, revealed that the DNA profiles for

23

24  both match, that is, the contributor of the DNA on the cap and in the gum is the same

25  male.  The police investigation further revealed that the contributor of the DNA on the

26  cap and in the gum is not the true Robert Aubrey-Maxwell.  The DNA samples taken

27

28  from the cap and the gum were then sent to the United States to be run through the DNA

COMPLAINT FOR PROVISIONAL ARREST WARRANT- 8                    UNITED STATES ATTORNEY
STEADMAN USAO 2015V01354                                        700 STEWART STREET, SUITE 5220
                                                                SEATTLE, WASHINGTON 98101
                                                                      (206) 553-7970

1  Data Bank of U.S. authorities. At the conclusion of this process, the male contributor of

2  the DNA on the cap and in the gum was identified in the DNA Data Bank as belonging to

3
4  Stephen/Rory PRESTON, alias Jason STEADMAN, both names bearing a DOB of

5  August XX, 1974, and both associated with U.S. Social Security Number XXX-XX-

6  2057.

7
8      23.    Judy Bateman, Robert Aubrey-Maxwell's grandmother in Ontario was

9  shown the Alberta drivers' license photo of the male purporting to be Aubrey-Maxwell,

10  and Bateman stated that she has never seen that person before and has no idea who it

11
12  could be.

13      24.    Based on the evidence gathered during the police investigation, authorities

14  in Canada have concluded that STEADMAN, while living in Alberta as Robert Aubrey-

15
16  Maxwell, met and dated Dwayne Demkiw's ex-girlfriend Angel Chalifoux, which caused

17  friction between STEADMAN and Demkiw because Chalifoux remained friends with

18  Demkiw while dating STEADMAN. The evidence further indicates that on May 31,

19
20  2015, STEADMAN accosted Demkiw at the rear of Revolution Entertainment,

21  inadvertently leaving behind the "North Face" cap which contained his DNA, and the

22  sheath. It is here that STEADMAN is believed to have overpowered Demkiw and caused

23
24  injury sufficient to cause Demkiw's death. STEADMAN then disposed of Demkiw's

25  body, which has never been recovered, and drove Demkiw's car to Calgary--disposing of

26  Demkiw's iPhone along the way--and thereafter setting Demkiw's car on fire in the

27
28  Calgary parking lot, in an attempt to destroy forensic evidence.

COMPLAINT FOR PROVISIONAL ARREST WARRANT- 9
STEADMAN USAO 2015V01354

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

25. According to Canadian authorities, prior to his recent incarceration in Washington State, STEADMAN, alias PRESTON, was last known to be in Washington State at a probation appointment on July 25, 2012. He failed to attend his next scheduled probation appointment on the August 3, 2012.

26. STEADMAN is described as a male, with blue eyes and light brown hair. He was born on August XX, 1974, and is a U.S. citizen. Canada has provided a copy of a photograph of STEADMAN.

27. The offenses with which Jason STEADMAN is charged are provided for in Article 2 of the Extradition Treaty, as amended by the Protocols, cited above.

28. STEADMAN may be found within the jurisdiction of this court at FDC SEATAC, 2425 South 200th Street, Seattle, Washington 98198.

29. Canada has represented that it will submit a formal request for extradition, supported by the documents specified in the Treaty, within 60 days, as required by Article 11 of the Extradition Treaty, as amended by the Protocols.

30. Sometime after STEADMAN's provisional arrest, the magistrate will schedule a date for the formal hearing required under 18 U.S.C. § 3184. Because the foreign government has not yet made a formal extradition request by providing supporting documentation required under Article 9 of the Treaty, the hearing should not be scheduled at this time.

COMPLAINT FOR PROVISIONAL ARREST WARRANT- 10
STEADMAN USAO 2015V01354

1    WHEREFORE, the undersigned complainant requests that a warrant for the arrest

2  of the person names above be issued in accordance with 18 U.S.C. § 3184 and the

3

4  Extradition Treaty, as amended by the Protocols.

5

6                                        _____

7                                        SUSAN M. ROE
                                         Assistant United States Attorney
8

9         Sworn to before me and subscribed in my presence this 8th day of

10

11 December 2015, at Seattle, Washington

12

13                                       _____

14                                       MARY ALICE THEILER
                                         United States Magistrate Judge
15

16

17

18

19

20

21

22

23

24

25

26

27

28

COMPLAINT FOR PROVISIONAL ARREST WARRANT- 11
STEADMAN USAO 2015V01354