Chief Magistrate Judge James P. Donohue

FILED ___ ENTERED
LODGED ___ RECEIVED

JUN 10 2016

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br>Plaintiff<br><br>v.<br><br>JASON STEADMAN,<br><br>Defendant. | NO. MJ15-562 <br><br> MOTION FOR DETENTION IN MATTER OF ARREST ON PROVISIONAL WARRANT WITH VIEW TOWARDS EXTRADITION |

The United States moves this Court for the ordered detention of Jason Steadman, pursuant to Article 11 of the Treaty between the United States of America and Canada, U.S.-Can., Dec. 3, 1971, 27 U.S.T.983, T.I.A.S. 8237; and the Protocol Amending the Extradition Treaty with Canada, U.S.-Can., Jan. 11, 1988, S. TREATY DOC., No. 101-19 (1990), which hold that the person arrested on a provisional arrest warrant under the Treaty may be "set at liberty upon expiration of sixty days from the date of arrest" on the provisional warrant if the appropriate and required documentation has not been received from the country requesting extradition.

Today is the date of Mr. Steadman's arrest on the provisional warrant and he should be detained for the next sixty days, pending the arrival of the Extradition documents.

MOTION FOR DETENTION - 1
U.S. v. STEADMAN/MJ15-562

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1 | Title 18, United States Code, 3142 – The Bail Reform Act - is inapplicable in this
2 | matter. *See,* Title 18 United States Code, Section 3041.
3 | DATED this 10th day of June, 2016.

Respectfully submitted,

ANNETTE L. HAYES
United States Attorney

/s/ Susan M. Roe
SUSAN M. ROE
Assistant United States Attorney

MOTION FOR DETENTION - 2
U.S. v. STEADMAN/MJ15-562

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970