```
                                                            ___ FILED      ___ ENTERED
                                                            ___ LODGED     ___ RECEIVED
```

# United States District Court
## WESTERN DISTRICT OF WASHINGTON
### SEATTLE

JUN 10 2016 CA

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

UNITED STATES OF AMERICA

v.

IN THE MATTER OF
THE EXTRADITION OF
JASON STEADMAN

**WARRANT FOR ARREST**

CASE NUMBER: MJ 15-562

To:   The United States Marshal
      and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest JASON STEADMAN and bring him or her forthwith to the nearest magistrate judge to answer a(n) Complaint Charging him or her with:

in violation of Title __18__ United States Code, Section(s) __3184__

__James Kelly__
Name of Issuing Officer

__[signature]__
Signature of Issuing officer

Bail fixed at _____

__Deputy Clerk__
Title of Issuing Officer

__December 9, 2015  Seattle, WA__
Date and Location

by _____

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at

| DATE RECEIVED 12/9/15 | NAME AND TITLE ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 6/10/16 | Sarah Milne DUSM | [signature] Sarah Milne |