35.     In attempt to locate surveillance video around where DEMKIW's vehicle was found on fire, members of the CPS conducted an extensive search of all businesses and buildings. 1 block away from where the vehicle was burnt, CPS located surveillance video at the C-Train station (commuter rail system), of a male wearing khaki cargo shorts, white t-shirt and sandals entered the station moments after the reported car fire. This male was the same description as the male observed leaving the burning vehicle at 1050 hours, that same male is seen entering the C-Train Station 1 Km (.6 Mi) away at 1055 hours. As this male entered the building he discarded an object similar in size to a license plate in the garbage container at the entrance.

36.     The photos below are screen shots taken from the video that CPS investigators located at the C-Train system. The video shows the male, believed to be STEADMAN, approaching the doors of the C-Train Station carrying a license plate sized object wrapped in a shirt. This object was placed in the garbage receptacle with his right hand, just prior to entering the station. The male then entered the station, with an empty hand carrying nothing.



This still photo was taken from the video, and has a time stamp on it at 10:55:22 hours on May 31, 2015.



This still photo was taken from the video, and has a time stamp on it at 10:55:23 hours on May 31, 2015.



This still photo was taken from the video, and has a time stamp on it at 10:55:24 hours on May 31, 2015.



This still photo was taken from the video, and has a time stamp on it at 10:55:31 hours on May 31, 2015.

37.     The CPS obtained the C-Train video on June 09, 2015. By the time that the video from the train station had been accessed and reviewed the garbage receptacle that the object had been discarded in was found to be empty.

38.     CHALIFOUX's stated that the person on the photo below appears to be her ex-boyfriend Robert AUBREY-MAXWELL. CHALIFOUX was hesitant to say the male in the photo was positively AUBREY-MAXWELL as the male was wearing sunglasses, partially covering his face, and he had his t-shirt partially tucked in. She stated that AUBREY-MAXWELL rarely tucked his shirt in.



Still photo from C-Trane video zoomed in.

39.     On June 09, 2015, EPS Detective Derek LAI contacted the Edmonton Public Library (EPL) and determined that AUBREY-MAXWELL was the holder of a current Edmonton Public Library card. According to library records, AUBREY-MAXWELL was a frequent user of the EPL computer system. Based on EPL records Detective LAI determined that AUBREY-MAXWELL attended the Woodcroft Library in Edmonton on May 30, 2015. Det. LAI reviewed the video surveillance and located a male entering the library who resembled AUBREY-MAXWELL. CHALIFOUX was shown the below photo and she confirmed that the male was AUBREY-MAXWELL.



This is a screen shot of video from the Woodcroft Library in Edmonton. The timestamp on the video is May 30, 2015 at 1502 hours.

40.     Her ex-boyfriend Robert AUBREY-MAXWELL showed her his Alberta Identification, and he had her hold his Passport for him. She has seen her ex-boyfriend's identification documents and they were in the name of Robert AUBREY-MAXWELL and contained the photograph of the person she knew as her boyfriend, Robert AUBREY-MAXWELL (AUBREY-MAXWELL).

41.     On June 09, 2015, CHALIFOUX sent me the below photo she had taken of AUBREY-MAXWELL depicting him wearing sunglasses:



This is a still photo taken from a video. The video was taken by CHALIFOUX in May 2013.

42.     I reviewed the known photo of AUBREY-MAXWELL sent by CHALIFOUX, and the still photo of AUBREY-MAXWELL at the Woodcroft library and compared them to the still photo of the male believed to be AUBREY-MAXWELL at the Calgary C-Train I noted several similarities.



Calgary C-Train video — Hair color, style and hair line

Photo of AUBREY-MAWELL provided by CHALIFOUX

Woodcroft Library video — Mole under left eye

43. CHALIFOUX stated that AUBREY-MAXWELL knew where DEMKIW worked and generally when he would be working CHALIFOUX stated that AUBREY-MAXWELL knew that DEMKIW worked most weekends and he generally worked until the bars were closed. AUBREY-MAXWELL had been at Revolution Entertainment with CHALIFOUX in the past. CHALIFOUX stated that AUBREY-MAXWELL had also borrowed DEMKIW's vehicle so that he could practice for his driving exam. CHALIFOUX also advised that AUBREY-MAXWELL did not like the fact that she has remained friends over the years with her ex common-law Dwayne DEMKIW.

44. CHALIFOUX provided the following information with respect to AUBREY-MAXWELL's feelings and knowledge of DEMKIW:

45. After they broke up, in the fall of 2014, CHALIFOUX and AUBREY-MAWELL only stopped communicating for four weeks before they resumed their relationship.

46. When they resumed their relationship in about October 2014, AUBREY-MAXWELL blamed CHALIFOUX's continued relationship with her ex-boyfriend DEMKIW as the reason why their relationship (AUBREY-MAXWELL and CHALIFOUX) never really became anything.

47. Shortly after, still in late 2014, CHALIFOUX resumed her contact with DEMKIW.

From then until DEMKIW's disappearance, AUBREY-MAXWELL knew that CHALIFOUX and DEMKIW spent time together. AUBREY-MAXWELL knew this because he would see DEMKIW dropping off CHALIFOUX at her home after picking her up from work. CHALIFOUX also told AUBREY-MAXWELL about things that she did with DEMKIW.

48. AUBREY-MAXWELL did not react well to this resumed contact. On various occasions in late 2014 and early 2015, AUBREY-MAXWELL expressed the following to CHALIFOUX:

49. AUBREY-MAXWELL felt that the time that CHALIFOUX spent with DEMKIW could be spent with him instead.

50. AUBREY-MAXWELL did not "badmouth" DEMKIW, but CHALIFOUX knew that he hated DEMKIW.

51. AUBREY-MAXWELL was jealous of the time that she spent with DEMKIW. He would become abrupt and temperamental when CHALIFOUX spoke about DEMKIW, and he would refuse to spend any time with CHALIFOUX and DEMKIW together.

52. At Christmas 2014, CHALIFOUX went to DEMKIW's Christmas party at REVOLUTION. She got drunk and sick, so DEMKIW wanted her to stay at his place overnight. She and DEMKIW slept in his bed fully clothed. When CHALIFOUX mentioned this to AUBREY-MAXWELL, he was irritated. He said that she should not have done this and she should have called him instead. He told her not to do that again.

53. CHALIFOUX and DEMKIW had planned to go to Disneyland together from late June until July 7, and then Disneyworld at Christmas in 2015. AUBREY-MAXWELL told CHALIFOUX that he did not like this but he knew that CHALIFOUX was going to do it anyways. He was upset because he wanted CHALIFOUX to travel with him instead.

54. CHALIFOUX often got rides from DEMKIW because their work schedules meshed and they worked in the same part of town. DEMKIW gave CHALIFOUX rides home from work from late 2014 up to and including May 2015. This happened anywhere from one to four times per week. CHALIFOUX would get off work at 3:30 p.m. DEMKIW would pick her up

and then head over to REVOLUTION to get his work schedule, and then drive her home.

55.    AUBREY-MAXWELL knew that DEMKIW worked at REVOLUTION but did not know as much about DEMKIW's employment at FedEx, in particular where DEMKIW's FedEx job was based out of in Edmonton. However, CHALIFOUX did tell AUBREY-MAXWELL that DEMKIW worked the Edmonton to Calgary run for FedEx

56.    AUBREY-MAXWELL and CHALIFOUX had once picked up DEMKIW from REVOLUTION. CHALIFOUX could not remember exactly when this was but possibly in early 2014.

57.    AUBREY-MAXWELL knew that DEMKIW's start times at REVOLUTION varied but that he generally finished work at around the time that bars would close. AUBREY-MAXWELL knew this from CHALIFOUX talking about DEMKIW's work schedule.

58.    CHALIFOUX ended the relationship with AUBREY-MAXWELL on May 11, 2015.

59.    Numerous attempts to locate and interview CHALIFOUX's ex-boyfriend AUBREY-MAXWELL have been unsuccessful. AUBREY-MAXWELL and his vehicle, a white 2014 GMC Sierra truck with Alberta licence plate BNW2094 were placed on CPIC and on the 14th of June AUBREY-MAXWELL's truck with Alberta licence plate BNW2094 was located abandoned in the public parking lot of Vanier Park, located at Kitsilano Beach in Vancouver, British Columbia, by the Vancouver Police Service. AUBREY-MAXWELL's vehicle was registered to 1813943 Alberta Ltd, of #138 – 11215 Jasper Avenue, Edmonton. A Corporate Registries search of 1813943 Alberta Ltd showed that is it the Legal Entity for ARM Glass Industries. ARM Glass Industries is a registered trade name. Robert AUBREY-MAXWELL is the sole director and shareholder of ARM Glass Industries / 1813943. The corporate address is #138 – 11215 Jasper Avenue, Edmonton. AUBREY-MAXWELL listed his home address on his driver's licence as #138 – 11215 Jasper Avenue, Edmonton. It should be noted that 11215 Jasper Avenue, Edmonton is a UPS Store which has mail boxes, and #138 is a mail box registered to AUBREY-MAXWELL. According to CHAIFOUX, AUBREY-MAXWELL told her that "A.R.M." in ARM Glass Industries stood for "Angel Robert Maxwell" (CHALIFOUX's first name is Angel).

60.     There was an empty Sea Doo trailer in the box of the truck. During a forensic examination of the truck, a chewed piece of gum was located in the box of the truck. This exhibit was sent away for DNA analyses.



This photo of AUBREY-MAXWELL's abandoned truck in Vancouver, B.C., was taken by Vancouver Police Department Constable Martin FORMANEK on June 14, 2015 at approximately 2008 hours.

61.     On June 26, 2015 at 1210 hours, the Calgary Greyhound bus station records were checked by EPS Detective Roxanne McKEAN and a Greyhound manifest showed a "Mr. Max" on the Greyhound bus that departed Calgary at 0030 hours on the 1st of June 2015, arriving in Edmonton at 0605 hours on the 1st of June 2015. "Mr. Max" is an alias used by AUBREY-MAXWELL. AUBREY-MAXWELL's business cards for ARM Glass Industries had his name listed as Robert MAX.

62.     Below is a photo of AUBREY-MAXWELL exiting the Edmonton Greyhound station on June 01, 2015 at 0551 hours. He then went to the Salvation Army Men's Hostel at 0615 hours, which is where AUBREY-MAXWELL had been living. AUBREY-MAXWELL moved into the Salvation Army on November 16, 2012 under the name Robert AUBREY-MAXWELL. He lived there until June 12, 2015. AUBREY-MAXWELL's last rent was paid on May 13, 2015 and was good until June 12, 2015. He was given a 72 hour notice at which time he was evicted and his property was placed in storage on June 15, 2015.