

This still image was taken from surveillance video at the Greyhound bus depot in Edmonton. The time stamp on the video was June 1, 2015 at 0551 hours. This was the arrival time of the Greyhound bus that travelled from Edmonton to Calgary with a "Mr. Max" on the manifest. This would have occurred the morning after DEMKIW's vehicle was found on fire in Calgary. The male, believed to be AUBREY-MAXWELL is wearing similar looking cargo shorts and sandals. Although the male is wearing a new shirt, a white shirt can be seen under the polo style shirt (AUBREY-MAXWELL had a full day to buy a new shirt to wear in Calgary prior to getting on the Greyhound bus).



This still image was taken from surveillance video at the Salvation Army men's hostel in Edmonton where AUBREY-MAXWELL lived. The time stamp on the video was June 1, 2015 at 0615 hours. It should be noted that the Greyhound bus depot and the Salvation Army are only 6 blocks apart in downtown Edmonton.

63.     On July 30, 2015 I spoke to Vanessa SIM, a supervisor at the Salvation Army. According to SIM, while AUBREY-MAXWELL lived in the Men's hostel he had a dorm bed and a locker. After he abandoned his bed at that location, Hostel staff threw his possessions (clothing) in the garbage. SIM stated that AUBREY-MAXWELL was deemed to have abandoned his bed 72 hours his rent had expired, which would have been June 15, 2015. SIM did not know the exact date AUBREY-MAXWELL's property was discarded; however, stated

that the hostel usual retains property for 30 days before throwing it out.

### (v) Forensic evidence from burned vehicle

64. A forensic examination of DEMKIW's burned vehicle confirmed that there was significant blood staining in the drivers' seat and door as well as throughout the backseat area. This blood was all confirmed through DNA testing to be DEMKIW's.

65. As a result of the water used to suppress the fire, the blood was washed away. The picture provided, shows "Glowing Blue" sections of the interior of DEMKIW's burnt vehicle. The "Glowing Blue" represents "Luminal" which chemically reacts to blood. This "Luminal" identifies areas of blood that are not visible to the naked eye. Those areas, once discovered, were swabbed and that DNA was positively identified to DEMKIW.







### (vi) Investigation of the real AUBREY-MAXWELL and determination that the suspect using AUBREY-MAXWELL's identity is STEADMAN

66.     Investigations into AUBREY-MAXWELL background determined that he was born and raised in Ontario. He was incarcerated in Ontario and ultimately had his DNA taken and put into the "Known Offender Data Bank". The below image is a printout from the Canadian Police Information Centre (CPIC). CPIC is a national repository for police information within Canada. The computer system and data pool is controlled and maintained by the RCMP, which receives data and relevant information from all accredited Municipal and Provincial police agencies in Canada, including the RCMP. The system maintains a number of items, some of which include the criminal records of subjects, current charges, probation orders and warrants. CPIC also allows access to motor vehicle and driver license registration data banks, which are maintained by the respective Provincial and Territorial Governments in Canada. These databases are well maintained and are considered to be current and accurate. The information below shows that AUBREY-MAZWELL's DNA is in the Known Offender Databank. This information was updated in October 2009, so his DNA would have been entered into the databank prior to October 2009.

```
AUBREY-MAXWELL ROBERT
SEX: M  DOB: 1989
>>>QUERY REMARKS: 2072 2072
QUERY VALUE 31


RESPONDENT SCORE: 31

  FPS: 983905E      FPC:W03,A,A,U03,U05,W02,A,A,T,U06

*** CAUTION *** V
             <<<<'CR' QUERY RECOMMENDED>>>>

FILE OPEN

*** DNA ON KNOWN OFFENDER DATA BANK ***
  MALE, WHITE, BORN 1989-      , ONT, AGE-NOW 27
  EYES BROWN, WAS 178 CM ( 5FT 10IN)  082 KG ( 180LBS) IN 2009-10
  MARKS 100-SCAR

** CAUTION: THIS IS NOT A CRIMINAL RECORD **
```

67.     I read a report authored by Vancouver Police Department (VPD) Constable Jeffrey MORGAN and learned that on June 4, 2012, VPD responded to an intoxicated male complaint. They located a male who identified himself as AUBREY-MAXWELL. According to AUBREY-MAXWELL, he had just got kicked off of a Greyhound bus that travelled from London, Ontario as he was intoxicated.

68.     I read a report authored by VPD member Marnie GHARRETT and learned that Judy BATEMAN last spoke to her grandson, AUBREY-MAXWELL in a phone call on September 06, 2012 at which time he advised that he was still in Vancouver. This is the last known contact any family or police agencies are known to have had with AUBREY-MAXWELL.



Robert AUBREY-MAXWELL (Date of Birth: 1989            ) (Ontario Photo) provided by

Sudbury Police Service (SPS) Sergeant TOFFOLI. This was the most recent photo in their database and it was taken in 2009. This male is clearly not the male CHALIFOUX knows as Robert AUBREY-MAXWELL.

69. I read a report authored by EPS Det. Brian ROBERTSON and I learned that on August 26, 2015 he spoke to Darren HODSON of Service Alberta. (From their website, Service Alberta is "Responsible for services including registries, land titles, consumer protection and the Alberta Queen's Printer". HODSON determined that on September 12, 2012, a male with 2 pieces of non-photo identification in the name of Robert AUBREY-MAXWELL (1989⬛) attended an Insurance Corporation of British Columbia (ICBC) office in Vancouver and obtained photo identification in the name of Robert AUBREY-MAXWELL (1989⬛).

70. The male in this new photo identification is not the Robert AUBREY-MAXWELL (1989⬛) from Ontario (See below photo).



Robert AUBREY-MAXWELL (STEADMAN) (ICBC Photo – September 12, 2012)

71. According to HODSON, the new Robert AUBREY-MAXWELL (STEADMAN) travelled to Alberta and on November 24, 2012 obtained an Alberta Drivers' license by presenting the British Columbia photo identification card and Ontario birth certificate in the name of AUBREY-MAXWELL.



Robert AUBREY-MAXWELL (STEADMAN) (Alberta Photo – November 24, 2012). It should be noted that CHALIFOUX told police she had seen AUBRREY-MAXWELL's Alberta Drivers Licence and passport on several occasions.

72.   I read a report authored by Det. Brian ROBERTSON and learned that he spoke to Matt LAING of Passport Canada. According to LAING, on January 6, 2013 AUBREY-MAXWELL (STEADMAN) applied for and received a Canadian Passport. This is the male that Angel CHALIFOUX knows as Robert AUBREY-MAXWELL (STEADMAN).



Robert AUBREY-MAXWELL (STEADMAN) (Passport Photo)

73. DNA profiles from the "North Face" cap which was seized along with the empty machete sheath from the rear of Revolution Entertainment in Edmonton as well as DNA from the chewed gum which was seized from the box of the truck registered to AUBREY-MAXWELL that was located abandoned in Vancouver have been forensically identified to the same U/K Male 1 contributor. This DNA contributor is not a match to the DNA in the "Known Offender Data Bank" identified to AUBREY-MAXWELL (1989 ▮).

74. I read a report authored by Det. Brian ROBERTSON and learned on August 26, 2015 Judy BATEMAN, Robert AUBREY-MAXWELL's grandmother in Sudbury, Ontario was shown the Ontario photo of AUBREY-MAXWELL which she immediately identified as her grandson Robert AUBREY-MAXWELL (1989 ▮). BATEMAN was also shown the Alberta drivers' license photo of the male purporting to be AUBREY-MAXWELL (STEADMAN) and BATEMAN stated that she has never seen that person before, and had no idea who it could be.

75. On August 26, 2015 the photo from the Alberta drivers' license in the name of Robert AUBREY-MAXWELL (STEADMAN) (1989 ▮) was sent to the Washington State Motor Vehicles Division and was run through their "Facial Comparison" computer program. That process selected a series of photos of a male identified in their system as Jason STEADMAN (1974 ▮). STEADMAN had legally changed his name in Washington State from Stephen/Rory PRESTON (1974 ▮) to Jason STEADMAN. Both names listed the same U.S. Social Security Number as ▮.



The above document was provided after the facial recognition program was conducted in Washington State. The top left photo, is Robert AUBREY-MAXWELL's (STEADMAN) Alberta Drivers Licence photo that was provided to Washington State. The photos below the known photo are all the "top matches" for comparison. Above each photo is a numerical value, with 1 being the highest and 0 being the lowest. The top 3 photos are all Jason STEADMAN Washington Motor Vehicles photos. The dates that the photos were taken was not provided.

76. On September 01, 2015, the DNA samples taken from the "North Face" cap seized from the rear of Revolution Entertainment in Edmonton and the chewed gum seized from the box of AUBREY-MAXWELL (STEADMAN)'s truck which was located in the Vanier Park parking lot in Kitsilano, Vancouver, B.C., that was previously identified as U/K Male 1 in Canada were sent to the U.S. to be run through their DNA Data Bank.

77. On September 09, 2015, the EPS was notified that the same individual which DNA matched the "North Face" cap and the chewed gum from Canada was identified in the American system as belonging to Stephen/Rory PRESTON (1974         ), alias Jason STEADMAN (1974         ) both associated to SSN #         .

78.     I read a report authored by Det. Brian ROBERTSON and learned that according to Kevin GRIER, of the United States Marshal Service, STEADMAN alias PRESTON was last known to be in Washington State at a probation appointment on July 25, 2012. He failed to attend his next scheduled probation appointment on August 3, 2012 and a warrant for probation violation was issued.

### (vii)   April 2016 - DEMKIW's remains found

79.     On April 12, 2016, I contacted the Royal Canadian Mounted Police (RCMP) in regards to a media release indicating that human remains had been found near Innisfail. Innisfail is approximately 183 Km (114 Mi) south of Edmonton, along the most direct route between Edmonton and Calgary. At 1000 hours, I spoke to Cpl. Richard McKAY. According to Cpl. McKAY, the remains had been taken to the Medical Examiner's office in Calgary. Upon preliminary examination the Medical Examiner determined that the skull was still in good condition, which would allow a comparison to dental records for identification. The time frame that the Medical Examiner estimated that body had been "dumped" matched the general timeline of DEMKIW's disappearance. After speaking to Cpl. McKAY, I immediately sent him a copy of DEMKIW's dental records that we had previously obtained.

80.     On April 15, 2016, at 1130 hours, I received a phone call from Cpl. McKAY who advised me the Medical Examiner had confirmed the identity of the found remains as DEMKIW, through dental records. Cpl. McKAY also informed me that during the primary examination of the remains, the Medical Examiner had noted trauma on the skull that was not consistent with animal activity. As of the time of writing this affidavit, the Medical Examiner has not completed the autopsy report, as she was waiting for toxicology report.

81.     At 1150 hours, I phoned Darren DEMKIW, the brother of the deceased, and advised him that the found remains had been positively identified as his brother, Dwayne DEMKIW.

82.     On April 19, 2016, at 1455 hours, Crime Scene Investigation Unit (CSIU) Cst. Ashley HOLLAND and I attended the Calgary Medical Examiner's office. We met with Medical Examiner, Dr. Tera JONES, so that she could go over her initial findings and also so that she could show us her observations on the remains.

83.     Dr. JONES initially showed us the skull, which had numerous linear injuries.  Dr. JONES stated that the trauma was caused by a sharp object and not animal activity.





84.     Dr. JONES then showed us a vertebrae that had a linear injury. The vertebrae was C2, which is the second vertebrae from the top of the spine, which would be in the upper neck area of the skeleton. This vertebrae had an injury to the front side, as a piece of the vertebrae was missing.