

Injury to vertebrae C2, linear trauma and piece missing.

The above photos were taken by EPS Constable Ashley HOLLAND on April 19, 2016 at the Medical Examiner's office in Calgary.

85.     Dr. JONES stated that none of the trauma marks, or injuries were the result of animal activity. Dr. JONES turned over a piece of the femur bone, and a tooth for a DNA standard for DEMKIW. Dr. JONES stated she was waiting for toxicology results prior to completing her final report.

86.     Cst. HOLLAND and I attended the location where DEMKIW's body was discovered. This area was a small wooded area approximately 8.5 Km (5 Mi) north of Innisfail.





Approximate location in wooded area where DEMKIW was located.

87.     The location where the body was located was approximately 200 meters (218 yards) from QE2, on the west side of the highway. QE2 is the name of the highway that goes between Edmonton and Calgary.

### D. JASON STEADMAN'S CURRENT STATUS

88. STEADMAN was arrested on November 12, 2015, in Seattle, Washington, for outstanding warrants for Breach of Probation. On December 14, 2015, STEADMAN was sentenced to 7 months incarceration by Judge James ROBART, U.S. District Court in the Western District of Washington, and is scheduled to be released on June 11, 2016. The basis for the probation in the first place, was on March 30, 2010 STEADMAN was sentenced to 24 months in jail and fined $3000 for mail fraud. On September 22, 2010, STEADMAN was released from custody and was placed on probation. On August 03, 2012 STEADMAN failed to show up for a meeting with his probation officer and warrant for Breach of Probation was issued for his arrest. On December 14, 2015 Judge ROBART revoked his supervised release and sentence him to 7 months custodial time. STEADMAN is currently incarcerated in the Federal Bureau of Prisons, at the Federal Detention Center SeaTac in Seattle, Washington.

### E. CONCLUSION

89. Based on the foregoing, I have reasonable and probable grounds to believe and I do believe that Jason STEADMAN committed the offences of Arson and 1st degree Murder in the death of Dwayne Demkiw.

90. I make this affidavit in support of Canada's request for the extradition of Jason STEADMAN and for no improper purpose or motive.

SWORN BEFORE ME at the City of          )
Edmonton, Province of Alberta,           )
this _6_ day of May, 2016.               )          Detective Rob BILAWEY

A Barrister and Solicitor and Commissioner of Oaths
for the Province of Alberta, Canada

Billie-Jean Kitt
COMMISSION EXPIRES
April 29, 20_1_7_