Magistrate Judge Brian A. Tsuchida

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

IN THE MATTER OF
THE EXTRADITION OF
JASON STEADMAN.

MS 15-562

[PROPOSED]
CERTIFICATION AND COMMITTAL
FOR EXTRADITION

Having held an extradition hearing on July 28, 2016, and after considering the evidence, in particular, the certified and authenticated documents submitted by the Government of Canada, and the pleadings and the arguments of both counsel, the Court finds and certifies to the Secretary of State as follows:

(1) This Court has jurisdiction over, and the undersigned is authorized to conduct, extradition proceedings pursuant to Title 18 U.S.C. 3184 and Local Rule MJR 1.(c);

(2) This Court has personal jurisdiction over JASON STEADMAN, previously known as Stephen/Rory Preston and also known as Robert Aubrey-Maxwell, ("Fugitive"), found in the United States and arrested on this matter on June 10, 2016, in this District pursuant to a complaint filed by the United States in response to the request of Government

CERTIFICATION AND COMMITTAL
FOR EXTRADITION/STEADMAN
MS15-562- 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

of Canada for the arrest and extradition of the Fugitive;

(3) The extradition treaty between the United States and the Government of Canada, of December 3, 1971, which entered into force on March 22, 1976 (the 1971 treaty), (TIAS 8237; 27 U.S.T. 983); the Protocol Amending the Extradition Treaty with Canada of January 11, 1988, which entered into force on November 26, 1991 (the 1988 Protocol)(S. TREATY DOC. NO. 101-17 (1990)); and the Second Protocol Amending the Extradition Treaty with Canada of January 12, 2001, which entered into force on April 30, 2003 (the 2001 Protocol) (S. TREATY DOC. NO. 107-11 (2002)) was in full force and effect at all times relevant to this action;

(4) The JASON STEADMAN, previously known as Stephen/Rory Preston and also known as Robert Aubrey-Maxwell, sought by the Canadian authorities and the JASON STEADMAN arrested in this District for extradition and brought before this Court are one and the same person;

(5) The Fugitive has been charged in Canada with (1) First Degree Murder, in violation of § 235(1) of the Criminal Code of Canada, and (2) Arson, in violation of § 434 of the Criminal Code of Canada. The Government of Canada has jurisdiction over this criminal conduct;

(6) The above referenced Treaty and the Protocols between the United States and Canada, pursuant to Article 2 of the Treaty, as replaced by Article I of the 1988 Protocol, encompasses the offenses for which the Fugitive has been charged and for which extradition is sought for trial;

CERTIFICATION AND COMMITTAL
FOR EXTRADITION/STEADMAN
MS15-562- 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

(7) The Government of Canada submitted documents that were properly authenticated and certified in accordance with the terms of the Treaty and its Protocols. Those documents include the pertinent text for the crimes with which the Fugitive has been charged;

(8) There is probable cause to believe that the Fugitive before this Court, the same person identified in the extradition request from the Government of Canada, committed the offenses for which extradition is sought;

(9) The evidence before this Court is sufficient to justify the Fugitive's committal for trial on felony charges, had the offenses with which he is accused of having committed occurred in the United States. This finding rests upon the documents submitted by the Government of Canada in this matter, including the facts in the Affidavit of Facts of Rob Bilawey, incorporated by this reference, which set forth:

    a. the violent homicide of Dwayne Demkiw (paragraphs 1 - 13, 64 and 65, 79 -87);

    b. the arson which was an attempted destruction of evidence of the homicide (paragraphs 23 – 27, 37, 64 - 65).

    c. the identification of the Fugitive's DNA at the apparent homicide scene (paragraphs 15 and 16, 30, 59-60, 73, 76-77); and

    d. the identification of the Fugitive as the person committing arson and attempting to destroy evidence of the homicide (paragraphs 23 -24, 27, 35 – 36, 39 - 42, 61 – 62, 70 – 73, 75);

CERTIFICATION AND COMMITTAL
FOR EXTRADITION/STEADMAN
MS15-562- 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

THEREFORE, pursuant to 18 U.S.C. § 3184, the above findings, I certify the extradition of the Fugitive, JASON STEADMAN, to Canada, on all offenses for which extradition was requested, and commit the Fugitive to the custody of the United States Marshal pending further decision on extradition and surrender by the Secretary of State pursuant to 18 U.S.C. § 3186.

I further order that the Clerk of this Court forward a certified copy of this Certification and Committal for Extradition, together with a copy of the evidence presented in this case, including the formal extradition documents received in evidence and any testimony received in this case, to the Secretary of State.

DATED this 28 day of July, 2016.

_____
BRIAN A. TSUCHIDA
UNITED STATES MAGISTRATE JUDGE

Presented by:

_____
SUSAN M. ROE
Assistant U.S. Attorney

CERTIFICATION AND COMMITTAL
FOR EXTRADITION/STEADMAN
MS15-562- 4

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970