# CERTIFICATE OF SERVICE

I hereby certify that on July 28, 2016, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the attorney(s) of record for the defendant(s). I hereby certify that I have served the attorney(s) of record for the defendant(s) that are non CM/ECF participants via e-mail and/or telefax.

*s/ Lissette Duran-Leutz*
Lissette Duran-Leutz
Paralegal Specialist
United States Attorney's Office
Western District of Washington
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Telephone:   (206) 553-7234
Fax:         (206) 553-2502
E-mail:  Lissette.I.Duran-Leutz@usdoj.gov